

31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Rajiv SHAH, Administrator, U.S. Agency for International Development, Appellant,**

v.

**BEARINGPOINT, INC., Appellee.**

No. 2010–1187.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

**DUCTCAP PRODUCTS, INC., Plaintiff–Appellant,**

v.

**J & S FABRICATION, INC., Defendant–Appellee,**

and

**Randy W. Smith, Defendant.**

No. 2010–1158.

United States Court of Appeals, Federal Circuit.

March 8, 2010.

Robert A. Roberts III, Wiley Rein, LLP, Washington, DC, for Appellee.

Domenique Kirchner, Department of Justice, Washington, DC, for Appellant.

Jeffrey C. Brown, Jeffrey C. Brown, PLLC, Minneapolis, MN, for Plaintiff–Appellant.

Robert J. Gilbertson, Greene, ESPEL, P.L.L.P., Minneapolis, MN, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

### ORDER

The parties having so agreed, it is